IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kuykendoll, Charlene

Printed: 03/24/09

Case Number:  06 B 00481
Judge:  Hollis, Pamela S
Filed:  1/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  March 5, 2009
Confirmed:  March 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,842.00 |  |
| Secured: |  | 1,897.61 |
| Unsecured: |  | 5,111.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,189.00 |
| Trustee Fee: |  | 601.52 |
| Other Funds: |  | 42.00 |
| Totals: | 10,842.00 | 10,842.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,189.00 | 3,189.00 |
| 2. | American General Finance | Secured | 5,669.69 | 1,897.61 |
| 3. | Portfolio Recovery Associates | Unsecured | 235.14 | 1,073.31 |
| 4. | ECast Settlement Corp | Unsecured | 230.52 | 1,052.20 |
| 5. | Capital One | Unsecured | 196.44 | 896.62 |
| 6. | ECast Settlement Corp | Unsecured | 394.94 | 1,802.71 |
| 7. | Portfolio Recovery Associates | Unsecured | 62.88 | 287.03 |
| 8. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 9. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 10. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,978.61 | $ 10,198.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 76.45 |
| 5% | 41.70 |
| 4.8% | 86.72 |
| 5.4% | 217.62 |
| 6.5% | 108.41 |
| 6.6% | 70.62 |
|  | $ 601.52 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kuykendoll, Charlene

Printed: 03/24/09

Case Number:  06 B 00481

Judge:  Hollis, Pamela S

Filed:  1/19/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: